IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 2:07-mj-237 |
| | : | Magistrate Judge King |
| v. | : | |
| | : | |
| **RENE VILLANUEVA-SOTO** | : | |

## ORDER TO DISMISS COMPLAINT

The Government having moved to dismiss the above captioned Complaint, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the above captioned Complaint be dismissed.

| | |
|---|---|
| May 2, 2018 | /s/ Norah McCann King |
| Date | UNITED STATES MAGISTRATE JUDGE |